## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| AM'BOREE JOHNSON, BY AND THROUGH AMBER BROWN HER PARENTS AND NEXT FRIENDS | ) ) ) ) | |
| | ) | CASE NO. |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WAR EAGLE WICHES, LLC d/b/a FIREHOUSE SUBS | ) ) ) | |
| Defendants | | |

### PRO AMI COMPLAINT

COMES NOW A.J., a minor, by and through her mother and next friend Amber Brown (collectively "Plaintiffs"), in the above styled cause and complains as follows:

### PARTIES

1.    A.J. is minor child under the age of nineteen (19) years and a resident of the State of Alabama.

2.    Amber Brown, is over nineteen (19) years of age and a resident of the State of Alabama and Amber Brown is the mother and next friend of A.J. and in that capacity is entitled to bring an action on behalf of A.J.

3.      Defendant War Eagle Wiches, LLC d/b/a Firehouse Subs, is an Alabama limited liability company with its principal place of business in Russell County, Alabama.

## JURISDICTION AND VENUE

4.      This case arises from allegations of employment discrimination claims under Title VII of the Civil Rights Act of 1964.

5.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343(4) and 28 U.S.C. §§ 2201 and 2202.

6.      Venue is proper pursuant to 28 U.S.C. § 1391 as all parties are located within the Middle District of Alabama, Eastern Division.

## ADMINISTRATIVE PROCEDURES

7.      A.J. timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on January 30, 2025. *See* Charge attached hereto as Exhibit A.

8.      On November 25, 2025, A.J. received a Notice of Right to Sue from the EEOC. *See* attached hereto as Exhibit B.

9.      Plaintiff brings this action within ninety (90) days of receipt of the Notice of Right to Sue.

# **FACTS**

10.     A.J. contends that she was subject to unlawful harassment based on sex. Further she alleges that her employment was terminated based on unlawful discrimination based on her sex and as unlawful retaliation because of engaging in protected activity.

11.     A.J. alleges that she has suffered injuries and damages.

12.     While Defendant denies A.J.'s allegations, counsel for the parties have reached a tentative pre-suit settlement agreement contingent on Court review and approval of said settlement.

13.     Pursuant to Rule 17(d) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that this Court appoint a Guardian Ad Litem to represent A.J.'s interests and to assist the Court in determining that the proposed settlement and related action are fair, reasonable, and in the best interest of the minor.

**Wherefore,** Plaintiffs request this Court appoint a Guardian Ad Litem pursuant to Fed. R. Civ. P. 17(d) to represent A.J.'s interests in this matter and to set a hearing to consider and approve the *pro ami* settlement.

Respectfully Submitted,

/s/ *J. Bernard Brannan, III*
J. Bernard Brannan, III (ASB-6262-S64B)
*Attorney for the Plaintiff*

**OF COUNSEL:**
MORGAN & MORGAN BIRMINGHAM, PLLC
216 Summit Blvd., Suite 300
Birmingham, AL  35243
Telephone:    (659) 903-6013
Facsimile:    (659) 903-6032